STATE OF MAINE

KENNEBEC, ss.

SUPERIOR COURT
CIVIL ACTION
DOCKET NO. CV-99-108
DHM- KEN - 6/15 001

CHRISTINE CAYOUETTE,
personal representative of the
Estate of Vernon Buker, deceased

        Plaintiff

        v.

C.B. MATTSON, INC.,

        Defendant

**JUDGMENT ON
JURY VERDICT**

This action came on for trial before the Court and a jury, with the Hon. Donald H. Marden, presiding, the issues having been duly tried and the jury on May 23, 2001, having rendered a verdict for the plaintiff in the amount of $685,500 for loss of comfort, society, and companionship, $718,750 for conscious pain, suffering, and emotional anguish prior to death, and $1,430 for funeral expenses.

It is ORDERED and ADJUDGED that, in accordance with 18-A M.R.S.A. § 2-804(b) and (c) judgment be entered for the plaintiff in the amount of $151,430.

Dated: May 29, 2001

        Donald H. Marden
        Justice, Superior Court

Judgment RESCINDED. New judgment to be entered.

June 1*f*, 2001

        Donald H. Marden
        Justice, Superior Court

STATE OF MAINE                          SUPERIOR COURT
                                        CIVIL ACTION
KENNEBEC, ss.                           DOCKET NO. CV-99-108


CHRISTINE CAYOUETTE,
personal representative of the
Estate of Vernon Buker, deceased,

        Plaintiff

        v.                              JUDGMENT ON
                                        JURY VERDICT


C.B. MATTSON, INC.,

        Defendant


This action came on for trial before the Court and a jury, with the Hon. Donald H. Marden, presiding, the issues having been duly tried and the jury on May 23, 2001, having rendered a verdict for the plaintiff in the amount of $685,500 for loss of comfort, society, and companionship, $718,750 for conscious pain, suffering, and emotional anguish prior to death, and $1,430 for funeral expenses;

It is ORDERED and ADJUDGED that, in accordance with 18-A M.R.S.A. § 2-804(b) and (c), judgment be entered for the plaintiff in the amount of $150,000 for loss of comfort, society, and companionship, $718,750 for conscious pain, suffering, and emotional anguish prior to death, and $1,430 for funeral expenses, a total of $870,180, plus allowable interest and costs.


Dated: June____, 2001        _____
                                    Donald H. Marden
                                    Justice, Superior Court

Date Filed __5/17/99__ __Kennebec__ Docket No. __CV99-108__
County

Action __Personal Injury__

# J. MARDEN

Christine Cayouette                    Todd Mattson
                              vs.

| Plaintiff's Attorney | Defendant's Attorney |
|---|---|
| Daniel G Kagan Esq<br>129 Lisbon St<br>PO Box 961<br>Lewiston Me 04243 | ~~Thomas G. Mundhenk Esq (6/9/99)~~<br>~~707 Sable Oaks Drive~~<br>~~So Portland Me 04106~~<br><br>J. William Druary, Esq. (C.B.Mattson)<br>PO Box 708<br>Waterville Maine 04903 |

| Date of Entry | |
|---|---|
| 5/17/99 | Complaint filed. s/Kagan Esq<br>(Case notice card mailed to Atty) |
| 5/28/99 | Original Summons with return service made upon Todd Mattson on 5/21/99, filed. |
| 6/9/99 | Notice of appearance filed. s/Mundhenk Esq<br>Defendant Mattsons answer to plaintiffs complaint filed. s/Mundhenk,Esq. |
| 6/9/99 | SCHEDULING ORDER, Studstrup, J.<br>Discovery deadline is February 9, 2000.<br>Copies mailed to attys of record. |
| 6/15/99<br>******* | Jury Trial Fee Paid by Pltf. |
| 7/13/99 | Notification of Discovery Service, filed. s/Kagan, Esq. (filed 7/12/99)<br>Notice to Take 30(b)(6)Deposition Duces Tecum of Todd Mattson served on Thomas G. Mundhenk, Esq. on 7/7/99 |
| 7/16/99 | Notice of discovery service filed. s/Mundhenk,Esq.<br>Defendants objections to notice to take 30 B 6 deposition duces tecum of Todd Mattson served on Daniel G Kagan Esq on 7/14/99. |
| 8/18/99 | Notification of Discovery Service, filed. s/Kagan, Esq.<br>Plaintiff's Request for Production of Documents Propounded to Defendant served on Thomas G. Mundhenk, Esq. on 8/16/99 |
| 8/23/99 | Motion to Amend Complaint and Incorporated Memorandum, filed. s/Kagan, Esq<br>Amended Complaint, filed.<br>Request for Hearing on Motion, filed. s/Kagan, Esq.<br>Proposed Order, filed. |
| 8/30/99 | Plaintiffs motion for extension of expert witness deadline filed. s/Kagan Esq<br>Certificate of service filed. s/Kagan Esq.<br>Proposed order filed. |